IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                              24-CR-6158-FPG

DONDE LINDSAY,

                    Defendant.

## SPEEDY TRIAL EXCLUSION ORDER
### (July 23, 2026 through September 15, 2026)

On July 21, 2026, the parties appeared before the Court at a status conference to address the status of the defendant's relationship with counsel. During that conference, and with the consent of the parties, the Court directed a 30-day extension of its time to issue its Decision and Order in response to the Magistrate's Report and Recommendation (Dkt. 239) issued. The Court also scheduled a status conference and potential disposition for September 15, 2026 because the parties advised the Court they were continuing to engage in plea negotiations.

On July 22, 2026, the Court issued its Decision and Order (Dkt. 246) adopting the Report and Recommendation. The government requests an exclusion of time from the speedy trial clock in the interests of justice to allow the parties additional time to research some issues regarding a potential disposition and finalize plea negotiations. Counsel for the defendant having no objection and joining in the request, the request for an exclusion of time is granted and it is hereby

ORDERED that the time between July 23, 2026 and the status conference date of September 15, 2026 be and hereby is excluded from the speedy trial calculations pursuant to

Title 18, United States Code, Sections 3161(h)(7)(A) and (B), in that the interest of justice will be served to permit the continuation of plea negotiations to determine if the matter will be resolved without the need for a trial, which outweighs the defendant and the public=s right to a speedy trial.

Dated: Rochester, New York, July 29, 2026.

_____
HON. FRANK P. GERACI, JR.
UNITED STATES DISTRICT JUDGE